CLERK'S OFFICE U.S. DIST COURT
AT DANVILLE, VA
FILED

JUL 2 3 2010

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Action No. 4:05-cr-00002-2 |
| | ) | |
| v. | ) | **§ 2255 ORDER** |
| | ) | |
| MARSALINA MACHUCA, | ) | By: Hon. Jackson L. Kiser |
| Petitioner. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that petitioner's motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255, is **DISMISSED**; a Certificate of Appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the United States.

ENTER: This 23rd day of July, 2010.

/s/ Jackson L. Kiser
Senior United States District Judge